FILED
EASTERN DISTRICT ARKANSAS
JUL 08 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   4:11-mj-5010 JTR

MICHAEL JEREMY BARNETT

## ORDER FOR DESIGNATION OF PSYCHOLOGICAL FACILITY AND PSYCHOLOGICAL EVALUATION

On July 8, 2011, Defendant appeared before the Court for his initial appearance on the Government's Criminal Complaint. Pursuant to 18 U.S.C. §§ 4241 and 4242, the Court granted the parties' oral Motion to have Defendant promptly examined to determine: (1) whether he is now mentally competent and capable of assisting his attorney in defending against the pending federal charge; and (2) whether he was mentally competent at the time of the criminal offense charged in the Criminal Complaint.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court and the assigned United States District Judge upon receipt of Defendant's facility designation for the psychological evaluation. Pursuant

to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

Dated this 8th day of July, 2011.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE